UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------x
Olympic Airlines SA                          :
70-00 Austin Street                          :
Forest Hills, NY  11375                      :
                                             :
                                             :
                                             :
           Plaintiff,                        :      CASE NO.
                                             :
     - versus -                              :
                                             :
Commissioner, Department of the Treasury     :
Internal Revenue Service                     :
1111 Constitution Avenue, NW                 :
Washington, DC. 20224-0002                   :
202-662-5000                                 :
                                             :
           Defendant.                        :
---------------------------------------------------------x

## COMPLAINT

Plaintiff, Olympic Airlines SA ("Olympic"), complaining of the Defendant, the Commissioner of the Internal Revenue Service ("IRS"), hereby appeals the notice of determination issued by the IRS on April 20, 2006.

## FACTS

1.  Olympic Airlines SA having its principal office located in Greece and an office located in the United States at 700-00 Austin Street, Forest Hills NY 11375, is a Greek citizen.

2.  Defendant is the Commissioner of the IRS and is being sued in his representative capacity. Defendant's address is 1111 Constitution Avenue, NW, Room 3000, Washington, D.C., 20224.

3.  Subject matter jurisdiction is vested in this Court pursuant to 28 U.S.C. § 1346(a)(1)

and 26 U.S.C. § 6330(d)(1)(B).  Venue rests in this Court pursuant to 28 U.S.C. § 1402.

4. The court has personal jurisdiction over the IRS.

5. Plaintiff brings this action to challenge a Notice of Determination concerning collection actions to be taken by the Internal Revenue Service, dated April 20, 2006.

6. On or about April 22, 2005, the IRS issued a Notice of Tax Lien to Olympic Airways (Olympic Airlines was previously known as Olympic Airways).  The amount of the lien was in excess of $200,000 and represented allegedly unpaid excise taxes collected by Olympic under the authority of 26 U.S.C. §§ 4261 and 4291 for the tax period ended March 31, 2004.

7. On May 11, 2005, Olympic timely filed a request for a Collection Due Process Hearing.

8. A hearing was held in 2006, but the IRS refused to consider and in effect wrongly denied Olympic's contention that a credit in the amount of $322,603.00 was never properly applied to amounts owed by Olympic.

WHEREFORE, for the reasons stated above, Olympic appeals the Notice of Determination and prays that the Court find that the credit of $322,603 was wrongfully denied and that the alleged amount due was for that, or any other, reason wrongfully assessed. Olympic also prays that the Court find that Olympic does not owe the amount alleged by the IRS including any penalties and interest associated therewith, and that a refund is owed for which demand is hereby made.

Dated: May 22, 2006

                                            **Eckert Seamans Cherin & Mellott LLC**

By: _____
Thomas Whalen
D.C. Bar No. 208512
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, NW
12th Floor
Washington, DC 20006
202-659-6621
Fax: 202-659-6699