UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **OLYMPIC AIRLINES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-00975(RCL) |
| | ) |
| **COMMISSIONER, DEPARTMENT OF THE TREASURY,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This case is hereby DISMISSED, <u>sua</u> <u>sponte</u>, without prejudice, for failure to comply with the Court's Order of June 23, 2006.

    SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 20, 2006